# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Stoni Smith ;
**County of Residence:** Newton County

### Defendant(s):
First Listed Defendant:
Santander Consumer USA, Inc. ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Newton County

### Plaintiff's Attorney(s):
David Sims (Stoni Smith)
Sims, Johnson, Wood & Sims
119 South Washington
Neosho, Missouri 64850
**Phone:** 417-451-4141
**Fax:** 417-451-9581
**Email:** dsims@swbell.net

### Defendant's Attorney(s):
Steven E. Mauer ( Santander Consumer USA, Inc.)
Zerger & Mauer LLP
1100 Main Street, Suite 2100
Kansas City, Missouri 64105
**Phone:** 816-759-3300
**Fax:** 816-759-3399
**Email:** semauer@zergermauer.com

Melody L. Rayl
Zerger & Mauer LLP
1100 Main Street, Suite 2100
Kansas City, Missouri 64105
**Phone:** 816-759-3300
**Fax:** 816-759-3399
**Email:** mlrayl@zergermauer.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 2. Removed From State Court
   **State Removal County:** Newton County
   **State Removal Case Number:** 12NW-CV02648

**Nature of Suit:** 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act

Page 2 of 2

**Cause of Action:** Plaintiff alleges claims under the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692, et seq.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Melody L. Rayl

**Date:** 01/17/2013

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.