IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STONI SMITH, | ) |
| Plaintiff, | ) Case No.: 3:13-CV-05007-SWH |
| v. | ) |
| SANTANDER CONSUMER USA, INC., | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL TO ADVERSE PARTY

TO: David Sims
SIMS, JOHNSON, WOOD & SIMS
119 South Washington
P.O. Box 276
Neosho, Missouri 64850
*Attorney for Plaintiff*

Pursuant to 28 U.S.C. § 1446(d), Defendant Santander Consumer USA, Inc. respectfully gives written notice to you that a Notice of Removal has been filed in the above captioned matter and that the Notice of Filing of this removal was filed with the Circuit Court of Newton County, Missouri. A copy of the Notice filed in the Circuit Court of Newton County, Missouri (as Exhibit A) and a copy of the Notice filed in the United States District Court for the Western District of Missouri (as Exhibit B) are attached hereto.

SUBMITTED this 17th day of January, 2013.

00016653

1

Respectfully submitted,

**ZERGER & MAUER LLP**

By: /s/ Melody L. Rayl
    Steven E. Mauer   MO Bar #37162
    Melody L. Rayl    MO Bar #60362
    1100 Main Street, Suite 2100
    Kansas City, Missouri 64105
    Telephone: (816) 759-3300
    FAX: (816) 759-3399

ATTORNEYS FOR DEFENDANT
SANTANDER CONSUMER USA INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ____ day of January, 2013, a true and correct copy of the foregoing was filed by CM/ECF and mailed, U.S. first class postage prepaid, to:

David Sims
SIMS, JOHNSON, WOOD & SIMS
119 South Washington
P.O. Box 276
Neosho, Missouri 64850
Telephone: 417-451-4141
Facsimile: 417-451-9581
dsims@swbell.net
*Attorney for Plaintiff*

                                                    /s/ Melody L. Rayl
                                                    Attorney for Defendant