# Exhibit A

IN THE CIRCUIT COURT OF NEWTON COUNTY, MISSOURI
ASSOCIATE DIVISION – AT NEOSHO

| | | |
|---|---|---|
| STONI SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 12NW-CV02648 |
| | ) | |
| v. | ) | |
| | ) | |
| SANTANDER CONSUMER USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on January 17, 2013, Defendant Santander Consumer USA, Inc. removed this case to the United States District Court for the Western District of Missouri. A true and accurate copy of Defendant's Notice of Removal is attached hereto as Exhibit 1.

Please take further notice that, pursuant to 28 U.S.C. § 1446(d), the filing of this Notice removes this action to the federal court and this Court may "proceed no further unless and until the case is remanded."

Respectfully submitted,

ZERGER & MAUER LLP

By: _____
Steven E. Mauer   MO Bar #37162
Melody L. Rayl   MO Bar #60362
1100 Main Street, Suite 2100
Kansas City, Missouri 64105
Telephone: (816) 759-3300
FAX: (816) 759-3399

ATTORNEYS FOR DEFENDANT
SANTANDER CONSUMER USA INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17TH day of January, 2013, a true and correct copy of the foregoing was mailed, U.S. first class postage prepaid, to:

David Sims
SIMS, JOHNSON, WOOD & SIMS
119 South Washington
P.O. Box 276
Neosho, Missouri 64850
Telephone: 417-451-4141
Facsimile: 417-451-9581
dsims@swbell.net
*Attorney for Plaintiff*

_____
Attorney for Defendant