IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| STONI SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12-05007-CV-SW-SWH |
| SANDTANDER CONSUMER USA, INC. ) | |
| ) | |
| Defendant. ) | |

## CLERK'S ORDER OF DISMISSAL

On April 2, 2013, plaintiff filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint is dismissed, with prejudice, with each party to bear his or its own costs.

<u>April 2, 2013</u>　　　　　　　　　　　　　　ANN THOMPSON
Date　　　　　　　　　　　　　　　　　　　　Court Executive


　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Lori Carr</u>
　　　　　　　　　　　　　　　　　　　　　　By: Lori Carr, Deputy Clerk